# EXHIBIT 1 -
## Complaint

# United States of America
## United States Patent and Trademark Office

# Palworld

**Reg. No. 7,039,210**
**Registered May 02, 2023**
**Int. Cl.: 9, 41**
**Service Mark**
**Trademark**
**Principal Register**

Pocketpair, Inc. (JAPAN CORPORATION)
1-6-3 Higashigotanda,
Shinagawa-ku Tokyo 141-0022
JAPAN

CLASS 9: Electronic circuits, prerecorded software featuring computer game programs recorded computer operating programs; pre-recorded computer software for data storage and data management; prerecorded consumer video game programs; electronic circuits and CD-ROMs recorded with programs for hand-held games with liquid crystal displays; prerecorded game programs for arcade video game machines; downloadable images, videos and movies featuring characters, game play, scenery, items, visual effects, music and sound effects of computer games; image prerecorded CD-ROMs and DVDs namely, CD-ROMS and DVDs featuring characters, game play, scenery, items, visual effects, music and sound effects of computer games; prerecorded video discs and video tapes featuring characters, game play, scenery, items, visual effects, music and sound effects of computer games; downloadable image files of characters, game play, scenery, items and visual effects of computer games; downloadable sound effect and music files; phonograph records featuring music; electronic publications namely manuals, books, art, novels, cartoons and comic books featuring information and images of characters, game play, scenery, items, visual effects, music and sound, and user interface of computer games

CLASS 41: Entertainment services, namely, providing an online computer game and providing information, consultancy and advice relating thereto; organization, arranging and conducting of social and entertainment events relating to games; organization, arranging and conducting of competitive game tournaments via the Internet or computer networks; organization of entertainment events excluding movies, shows, plays, musical performances, sports, horse races, bicycle races, boat races and auto races; providing online computer games; presentation of animated images in electronic data format for entertainment purposes; providing on-line non-downloadable videos featuring animated images for entertainment purposes; providing on-line non-downloadable videos and images related to characters in books, animated cartoons, toys and games; providing on-line non-downloadable videos and images in the nature of computer game images, videos, and movies for entertainment purposes; providing online, nondownloadable electronic publications in the nature manuals, books, art, novels, cartoons and comic books in the field of computer games; publication of books; multimedia publishing of electronic publications; arranging, conducting and organization of seminars on the subject of characters, game play, scenery, items, visual effects, music and sound effects, and user interfaces of computer games

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 06-24-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1645606 DATED 09-24-2021,



Katherine Kelly Vidal
Director of the United States
Patent and Trademark Office



EXPIRES 09-24-2031

SER. NO. 79-333,883, FILED 09-24-2021

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# Palworld

**Reg. No. 7,772,948**
**Registered Apr. 29, 2025**
**Int. Cl.: 3, 14, 16, 18, 20, 21, 24, 25, 26, 28, 29, 30, 32, 35, 42, 43**
**Service Mark**
**Trademark**
**Principal Register**

Pocketpair, Inc. (JAPAN CORPORATION)
2-10-2 Higashigotanda,
Shinagawa-ku Tokyo 141-0022
JAPAN

CLASS 3: Antistatic preparations for household purposes; degreasing preparations for household purposes; rust removing preparations; stain removing benzine; laundry fabric conditioner; laundry bleach; adhesives for affixing false hair; starch for laundry purposes; seaweed gelatine for laundry use; adhesives for affixing false eyelashes; breath freshening preparations for personal hygiene; deodorants for animals; paint removing compositions; shoe cream; shoe polish; polishing preparations; non-medicated soaps; bar soap; toilet soaps; non-medicated liquid soap; liquid soaps for laundry; laundry soap; powder laundry detergents; dish detergents; pet shampoos; dentifrices; cosmetic preparations; fragrances; perfumery; incense; essential oils; eau de toilette; eau de cologne; toilet water; lipsticks; mascaras; foundation; eyeliners; hair lotions; hand lotions; hand creams; lip balm; talcum powder, for toilet use; cheek colors; eyeshadow; facial beauty masks; nail polish; nail polish removers; face and body milk; skin cream; body cream; shampoos; sun screen preparations; cosmetic suntan preparations; abrasive paper; abrasive cloth; abrasive sand; pumice stones for personal use; polishing paper; false nails; false eyelashes

CLASS 14: Precious metals; unwrought and semi-wrought precious stones and their imitations; key rings; key chains; jewelry boxes; prize cups of precious metals; commemorative shields of precious metal; jewellery; pins being jewelry; badges of precious metal; shoe jewelry; clocks and watches; wristwatches; jewelry charms; charms for key rings or key chains; jewelry brooches; necklaces; earrings; bracelets; jewelry rings; tie pins; tie clips; jewelry chains; medals; watch straps; cuff links

CLASS 16: Printed comic books; pastes and other adhesives for stationery or household purposes; industrial packaging containers of paper; bags of plastic for packaging; food wrapping plastic film for household use; garbage bags of paper for household use; garbage bags of plastic for household use; printed sewing patterns; tailors' chalk; banners of paper; flags of paper; hygienic hand towels of paper; towels of paper; table napkins of paper; hand towels of paper; shipping labels of paper; origami folding paper; printed coloring books; paper and cardboard; stationery; printed matter, namely, paper signs, books, manuals, curricula, newsletters, informational cards and brochures in the field of downloadable game software and recorded game software; paintings and calligraphic works; printed photographs; portraits in the nature of paintings; portraits in the nature of printed photographs

CLASS 18: Horseshoes; leathercloth; leather, unworked or semi-worked; industrial packaging containers of leather; clothing for domestic pets; rucksacks; tote bags; shoulder bags; pouches of textile; leather pouches; pouches for holding make-up, keys


Acting Director of the United States Patent and Trademark Office



and other personal items; key cases; wallets; coin purses; business card cases; vanity cases sold empty; umbrellas; walking sticks; canes; metal parts of canes and walking-sticks; handles for canes and walking sticks; saddlery; handbags; suitcases; boston bags; luggage; leather and imitations of leather; fur pelts; imitation fur; briefcases; telescopic umbrellas; parasols

CLASS 20: Hand-held flat fans; hand-held folding fans; cushions; Japanese floor cushions; Bed pillows; mattresses; statues of wood, wax, plaster or plastic; works of art of wood, wax, plaster or plastic; industrial packaging containers of wood, bamboo or plastics; bathroom stools; nameplates and door nameplates, not of metal; dog kennels; nesting boxes for small birds; beds for household pets; step ladders, not of metal; hat hooks, not of metal; hand-held supermarket shopping baskets, not of metal; water tanks for household purposes, not of metal or masonry; boxes, not of metal, for dispensing paper towels; towel dispensers, not of metal; furniture; indoor blinds; blinds of reed, rattan or bamboo; bead curtains for decoration; interior window shades; wind chimes; prize cups of wood, wax, plaster or plastic; commemorative shields of wood, wax, plaster or plastic; Personal compact mirrors; picture frames; sculptures of plaster; sculptures of plastic; sculptures of wood; photograph frames; standing photograph frames; industrial packaging bottles of plastics

CLASS 21: Lunch boxes; dental floss; electric toothbrushes; compacts sold empty; soap containers; hairbrushes; sponges used for applying make-up; droppers sold empty for cosmetic purposes; make-up brushes; appliances for removing make-up, non-electric; lotion containers sold empty for domestic use; fitted vanity cases; toothbrush holders; toothbrush cases; toothbrushes, non-electric; interdental brushes for cleaning the teeth; hair combs; facial cleansing sponges; facial cleansing brushes; bath sponges; bath brushes; lip brushes; body scrubbing puffs; perfume sprayers sold empty; perfume bottles sold empty; industrial packaging containers of glass or porcelain; cooking pots, non-electric; non-electric frying pans; non-electric coffee makers; non-electric kettles; dishware; water bottles sold empty; vacuum bottles; food preserving jars of glass; Non-electric cookware, namely, pots, pans, dishes; pepper pots; sugar bowls; colanders; salt shakers; drinking straws; non-electric bottle openers; egg cups; tart scoops; napkin holders; napkin rings; oven mitts; potholders; chopsticks; chopstick cases; cooking sieves; trays for household purposes; toothpicks; toothpick holders; cutting boards; cake molds; ice cube molds; cleaning tools and washing utensils, namely cleaning sponges, cleaning cloths, washing brushes, washing cloths; buckets; waste bins for household use; cloths for cleaning; clothes pins; cleaning brushes for household use; clothes brushes; piggy banks; cold packs for chilling food and beverages; flower vases; flower bowls; prize cups of porcelain, ceramic, earthenware, terra-cotta or glass; commemorative shields of porcelain, ceramic, earthenware, terra-cotta or glass; works of art of porcelain, ceramic, earthenware, terra-cotta or glass;

CLASS 24: Towels of textile; handkerchiefs of textile; woven fabrics; knitted fabrics; felt and non-woven textile fabrics; oilcloth; gummed waterproof cloth; rubberized cloth; bath linen, except clothing; mosquito nets; bedsheets; futon quilts; futon quilt covers; quilt covers; futon ticks, namely, unstuffed futon covers not of paper; pillowcases; covers for cushions; Woollen blankets; bed linen; table napkins of textile; tea towels; shower curtains; banners and flags of textile; fitted toilet seat covers of textile; unfitted seat covers of textile; wall hangings of textile; curtains of textile or plastic; table cloths, not of paper; draperies; shrouds; billiard cloth; sleeping bags; knitted raschel lace fabrics

CLASS 25: clothing jackets; coats; down jackets; one-piece suits; blouses; skirts; dresses; dress shirts; vests; scarves; boleros; uniforms; headwear; trousers; shirts; T-shirts; polo shirts; gloves as clothing; raincoats; suits; sweaters; pullovers; cardigans; dressing gowns; night gowns; pajamas; negligees; nightwear; swimwear; underclothing; panties, shorts and briefs; brassieres; petticoats; tights; camisoles; stoles; shawls; mufflers as neck scarves; socks; leg warmers; slippers; boots; sneakers; leather shoes; inner soles; neckties; bow ties; garters; sock suspenders; suspenders for clothing; waistbands; belts for clothing; footwear; protective members for footwear; masquerade

costumes; training shoes; sports shoes

CLASS 26: Shuttles for making fishing nets; hair curlers, electric, other than hand implements; needles; clasps for coin purses; eyelets for clothing; Garment tapes; ribbons of textile; tufts and tassels; Braids; needle-threaders; sewing boxes; sewing thimbles; pin and needle cushions; boxes for needles; artificial flowers; armbands for holding sleeves; clothing buckles; brooches for clothing; special sash clips for obi (obi-dome); ornamental adhesive patches for jackets; brassards; hair ornaments in the form of combs; hair barrettes; hair bands; hair pins; hair ribbons; buttons; false beards; false moustaches; hair curlers, non-electric, other than hand implements; shoe trimmings; shoe eyelets; shoe laces; metal fasteners for shoes and boots; human hair

CLASS 28: Trading cards for games; trading card games; board games; plastic character toys; rubber character toys; action figure toys; stuffed toys; plush toys; amusement machines, automatic and coin-operated; arcade video game machines; toys for domestic pets; printed lottery tickets; dolls; musical toys; toy construction sets; scale model kits; toy Christmas trees; Christmas tree ornaments of bronze and Christmas tree decorations; hand-held games with liquid crystal displays; home video game machines; Go games; Japanese chess (shogi games); Japanese playing cards (utagaruta); dice; Japanese dice games (sugoroku); cups for dice; Chinese checkers as games; chess games; checkers games; Magic tricks; dominoes; playing cards; Japanese playing cards (hanafuda); mah-jong; Video game machines; billiard equipment; sports equipment, namely, footballs and basket balls; fishing tackle; butterfly nets

CLASS 29: Meat-based, fish-based, fruit-based, vegetable-based, bean-based or nut-based snack foods; edible oils and fats; milk products excluding ice cream, ice milk and frozen yogurt; meat; eggs; seafood, not live; frozen vegetables; frozen fruits; charcuterie; processed seafood; processed vegetables and fruits; fried tofu pieces (abura-age); freeze-dried tofu pieces (kohri-dofu); jelly made from devils' tongue root (konnyaku); soya milk; tofu; fermented soybeans (natto); processed eggs; pre-cooked curry stew; pre-cooked stew; pre-cooked soup; soups; dried flakes of laver for sprinkling on rice in hot water (ochazuke-nori); pulses, preserved

CLASS 30: Flavourings, other than essential oils, for foods; tea; coffee; cocoa; ice; Fruit sweets; confectionery, namely cookies, candy and chocolate; cereal bars; rice, grain and chocolate based snacks; bread; sandwiches; steamed buns stuffed with minced meat (niku-manjuh); hamburger sandwiches; pizzas; hot dog sandwiches; meat pies; seasonings; spices; ice cream mixes; sherbet mixes; unroasted coffee beans; processed cereals; noodles; pounded rice cakes (mochi); pasta; dough; chocolate-based spreads; Chinese stuffed dumplings; Chinese steamed dumplings; sushi; pre-packaged lunches consisting primarily of rice, and also including meat, fish or vegetables; ravioli; hotcake mixes; cake mixes; pasta sauce; rice; husked oats; husked barley; gluten prepared as foodstuff; flour

CLASS 32: Beers; soft drinks; fruit juices; vegetable juices; extracts of hops for making beer; whey beverages; bottled water

CLASS 35: Advertising and publicity services; public relations; promoting the goods and services of others; business management analysis; business consultancy; business management; marketing research; market analysis; provision of information concerning commercial sales; drawing up of statements of accounts; employment agency services; auctioneering; import and export agencies; arranging newspaper subscriptions for others; copying of documents; office functions in the nature of filing documents; office functions in the nature of filing magnetic-tapes; compilation of information into computer databases; providing business assistance to others in the operation of data processing apparatus namely, computers, typewriters, and other similar office machines; reception services in the nature of greeting visitors in offices; publicity material rental; rental of copying machines; providing commercial information and advice for consumers in the choice of products and services; providing employment information; news clipping services; rental of vending machines; online retail store services and

wholesale store services featuring downloadable music, images and videos; online retail store services and wholesale store services featuring downloadable game programs; retail store services and wholesale store services featuring woven fabrics and beddings; retail store services and wholesale store services featuring clothing; retail store services and wholesale store services featuring diapers; retail store services and wholesale store services featuring footwear, other than special footwear for sports; retail store services and wholesale store services featuring bags and pouches; retail store services and wholesale store services featuring personal cosmetics; retail store services and wholesale store services featuring foods and beverages; retail store services and wholesale store services featuring liquor; retail store services and wholesale store services featuring meat; retail store services and wholesale store services featuring sea food; retail store services and wholesale store services featuring vegetables and fruits; retail store services and wholesale store services featuring confectionery, bread and buns; retail store services and wholesale store services featuring rice and cereals; retail store services and wholesale store services featuring milk; retail store services and wholesale store services featuring carbonated drinks and nonalcoholic fruit juice beverages; retail store services and wholesale store services featuring tea, coffee and cocoa; retail store services and wholesale store services featuring processed food; retail store services and wholesale store services featuring automobiles; retail store services and wholesale store services featuring two-wheeled motor vehicles; retail store services and wholesale store services featuring bicycles; retail store services and wholesale store services featuring furniture; retail store services and wholesale store services featuring joinery fittings; retail store services and wholesale store services featuring tatami mats; retail store services and wholesale store services featuring ritual equipment; retail store services and wholesale store services featuring electrical machinery and apparatuses; retail store services and wholesale store services featuring bladed or pointed hand tools, hand tools and metal hardware; retail store services and wholesale store services featuring kitchen equipment, cleaning tools and washing utensils; retail store services and wholesale store services featuring pharmaceutical, veterinary and sanitary preparations and medical supplies; retail store services and wholesale store services featuring cosmetics, toiletries, dentifrices, soaps and detergents; retail store services and wholesale store services featuring agricultural machines, implements and supplies; retail store services and wholesale store services featuring flowers and trees; retail store services and wholesale store services featuring fuel; retail store services and wholesale store services featuring printed matter; retail store services and wholesale store services featuring paper and stationery; retail store services and wholesale store services featuring sports goods; retail store services and wholesale store services featuring toys, dolls, game machines and apparatus; retail store services and wholesale store services featuring musical instruments and vinyl records; retail store services and wholesale store services featuring photographic machines and apparatus and photographic supplies; retail store services and wholesale store services featuring clocks, watches and spectacles; retail store services and wholesale store services featuring tobaccos and smokers' articles; retail store services and wholesale store services featuring building materials; retail store services and wholesale store services featuring semiwrought precious stones; retail store services and wholesale store services featuring for pet goods

CLASS 42: Providing meteorological information; architectural design; surveying; geological surveying; design for others in the field of machinery; design services for others in the field of computer software; consulting services in the field of providing online, non-downloadable software and applications; testing, inspection or research of pharmaceuticals, cosmetics or foodstuffs; research in the field of building construction; research in the field of city planning; testing or research on prevention of pollution; testing or research on electricity; testing or research on civil engineering; testing, inspection or research on agriculture, livestock breeding or fisheries; mechanical research; rental of measuring apparatus; rental of computers; providing temporary use of online non-downloadable computer programs for data processing; rental of laboratory apparatus and instruments; rental of telescopes; rental of technical drawing instruments

CLASS 43: Providing temporary accommodation; agency services for the reservation of

temporary accommodation; providing food and drink; boarding for animals; preschooler and infant care at daycare centers; retirement home services; rental of meeting rooms; rental of facilities for exhibitions; rental of futons; rental of pillows; rental of blankets; rental of electric hot plates for household purposes; rental of electric toasters for household purposes; rental of microwave ovens for household purposes; rental of cooking equipment for industrial purposes; rental of kitchen worktops for commercial use; rental of kitchen sinks for commercial use; rental of non-electric cooking heaters for household purposes; rental of kitchen worktops for household purposes; rental of kitchen sinks for household purposes; rental of dishes; rental of curtains; rental of furniture; rental of wall hangings; rental of carpet; rental of rugs; rental of towels for hotels; rental of towels

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 03-27-2024 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1808167 DATED 05-27-2024, EXPIRES 05-27-2034

SER. NO. 79-403,796, FILED 05-27-2024

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.