IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| POCKETPAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANIME-CASE, et al., <br><br> Defendants. | **FILED UNDER SEAL** <br><br> Civil Action No. <br> 1:25-cv-06584-VMC |

## AFFIDAVIT OF SERVICE

1. I am an attorney at law, duly admitted to practice before this Court. I am one of the attorneys for Plaintiff Pocketpair, Inc. ("Plaintiff"). I am more than eighteen years old and am otherwise competent to give this testimony. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I would testify as follows.

2. On November 19, 2025, the Court granted Plaintiff's Motion for Temporary Restraining Order [Dkt. #13], which allows Plaintiff to serve Defendants by electronic means pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure.

3. Each of the Marketplaces effectuated the requests in the TRO, including providing Plaintiff with accurate e-mail information for each Defendant listed in Schedule A to the Complaint, with the exception of the AliExpress marketplace. Despite the directive in the TRO, the AliExpress marketplace was unable to provide

email addresses for several defendants[1] in a timely manner. As such, consistent with similar circumstances in similar recent cases, Plaintiff sent an email to AliExpress directly and requested AliExpress send the service email, with the link, to the affected Defendants.

4. All Defendants were served either by electronic mail to the e-mail addresses provided by the Marketplaces, by sending an email to the email address listed on Defendants' storefront, or by sending a request to the Marketplace platform to serve Defendants directly through the Marketplace platform. All of the above-mentioned methods of service are reasonably calculated to provide notice of this lawsuit to Defendants, in accordance with the TRO.

5. Such service included copies of the Complaint [Dkt. #1], Summonses, and TRO [Dkt. #13] along with notice that the Court extended the TRO and reset the hearing on Plaintiff's Motion for Preliminary Injunction to December 16, 2025, at 11:30 A.M [Dkt. #15].

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 10, 2025.

*/s/ David M. Lilenfeld*
David M. Lilenfeld

---

[1] Aliexpress Defendants are listed on Schedule A attached to the Complaint as Does 22-135.