FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 09 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

POCKETPAIR, INC.,
    Plaintiff,

v.                              Civil Action No. 1:25-cv-06584-VMC

THE INDIVIDUALS, CORPORATIONS, et al.,
    Defendants. **DUDUCOCO**

---

## NOTICE OF STATUS CLARIFICATION REGARDING SETTLEMENT
### (DEFENDANT NO. 15 – DUDUCOCO)

Defendant No. 15, DUDUCOCO, respectfully submits this Notice to clarify the present settlement posture as it pertains specifically to Defendant No. 15, for the limited purpose of ensuring an accurate and complete record.

In the above-captioned action, Plaintiff communicated a willingness to resolve the matter with Defendant No. 15 and circulated a revised settlement agreement reflecting materially reduced settlement terms. The settlement agreement was drafted by Plaintiff and transmitted to Defendant No. 15 for execution.

Defendant No. 15 executed the settlement agreement without modification and returned it to Plaintiff. Defendant No. 15 has indicated readiness to proceed immediately with payment and performance upon receipt of a fully executed agreement.

As of the date of this Notice, Plaintiff has not countersigned the settlement agreement with respect to Defendant No. 15. Accordingly, the settlement has not been finalized.

**At the same time, the factual record as to Defendant No. 15 remains limited and has not yet been fully developed. In the absence of either a finalized settlement or an adjudicated factual record specific to Defendant No. 15, Defendant No. 15 remains in a procedural posture in which payment cannot be made and actions contingent upon a fully executed settlement agreement cannot be effectuated, including actions necessary to release or restore access to funds and accounts affected by this action.**

This Notice is submitted solely to clarify the present status as to Defendant No. 15 and to avoid any misunderstanding as to why the matter remains unresolved at this stage.

This Notice is not intended to request any action by the Court.

Respectfully submitted,

DUDUCOCO
Defendant No. 15, Pro Se

Date: January 7, 2026

---

CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, a true and correct copy of the foregoing Notice was served on Plaintiff's counsel via email.

DUDUCOCO



FROM: FedEX Office  (706) 733-1002
262 Robert C Daniel Jr Pkwy
Augusta GA 30909
US

SHIP DATE: 08JAN26
ACTWGT: 0.02 LB
CAD: 251115902/WSXI3600

BILL 3rd PARTY

TO Clerk Clerk's Office
FXO
75 Ted Turner Drive SW 2211 United

Atlanta GA 30303                (US)
(404) 215-1394      REF:
INV:
PO:                    DEPT:




TRK#  3975 3778 2516

30303

